**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000345
21-MAY-2024
08:05 AM
Dkt. 21 OAWST**

NO. CAAP-24-0000345

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GGP ALA MOANA L.L.C., a Delaware Limited Liability Company, Plaintiff-Appellee, v.
YI SUN CHIU; CHRISTY ZENG LEI, Defendants-Appellants,
ALLEN FARINAS; MAYUKO FARINAS; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS, PARTNERSHIPS,
and OTHER ENTITIES 1-20, Defendants-Appellees.

ALLEN FARINAS and MAYUKO FARINAS,
Cross-Claimants-Appellees v.
YI SUN CHIU and CHRISTY ZENG LEI,
Cross-Claim Defendants-Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-20-0000296)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Notice of Appeal, Filed April 30, 2024 (Stipulation), filed May 16, 2024, by Plaintiff-Appellee GGP Ala Moana L.L.C., the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys'

fees and costs on appeal; and (3) the Stipulation is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, May 21, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge